

**Other:**
2:04-bk-04835-GBN GORDON MAURICE LEBLANC and MARILYN KAY LEBLANC

U.S. Bankruptcy Court

District of Arizona

Notice of Electronic Filing

The following transaction was received from MASTERS, KATHLEEN D. entered on 4/9/2004 at 11:57 AM AZ and filed on 4/9/2004
Case Name:       GORDON MAURICE LEBLANC and MARILYN KAY LEBLANC
Case Number:    2:04-bk-04835-GBN
Document Number: 5

Docket Text:
Master Mailing List filed by KATHLEEN D. MASTERS of LAW OFFICE OF KATHLEEN MASTERS on behalf of GORDON MAURICE LEBLANC JR, MARILYN KAY LEBLANC. (MASTERS, KATHLEEN)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: P:\ECF\LEBLANC\Petition.PDF
Electronic document Stamp:
[STAMP bkecfStamp_ID=875559564 [Date=4/9/2004] [FileNumber=3607498-0]
[1b1d9c9087983e5c3517975b53fe7c32c437f2fcedd1300345dff5d69be71cdad0a1c
1898101d77d27df342b879f274102c33f866f5609f62e0f65a39513d676]]

https://ecf.azb.uscourts.gov/cgi-bin/Dispatch.pl?338041642267456                4/9/2004