# BUSINESS OPERATING STATEMENT

Name(s) of Debtor(s):
Gordon M. LeBlanc, Jr.
Marilyn Kay LeBlanc

Chapter 13
Case No. DB-04-04835-PHX-GBN

Financial Report for __MARCH__, 200 __4__
(Month and Year)

2004 JUN 14 P 12: 01

## 1. INCOME.

| | |
|---|---|
| Gross Business Receipts | $ 11,164.36 |
| Sales Taxes Collected | $ |

**TOTAL GROSS INCOME**      $ 11,164.36

## 2. COSTS AND EXPENSES.

| | |
|---|---|
| Advertising | $ |
| Auto Fuel & Operation | $ |
| Bad Debts & Collection Costs (noncash basis) | $ |
| Commissions & Bonuses | $ |
| Debt Installments (do **not** incl. the plan payment): | |
|   (a) _____ | $ |
|   (b) _____ | $ |
|   (c) _____ | $ |
| Employee Benefits: | |
|   (a) Hospitalization & Medical | $ |
|   (b) Retirement | $ |
|   (c) Other | $ |
| Insurance Premiums (fire, theft, liability, etc.) | $ |
| Legal & Accounting | $ |
| Maintenance & Repairs | $ |
| Materials & Supplies | $ |
| Office Supplies | $ |
| Other Business Expenses (itemize): | |
|   _____ | $ |
|   _____ | $ |
| Postage & Shipping | $ |
| Rent or Lease Expense | $ |
| Returns & Allowances | $ |
| Salaries & Wages (gross, do **not** incl. owner's salary) | $ |
| Taxes: | |
|   Employer's FICA (social security) contributions | $ |
|   Sales Taxes | $ |
|   Unemployment Taxes | $ |
| Telephone & Utilities | $ |
| Workers' Compensation Insurance | $ |

**TOTAL COSTS AND EXPENSES**      $ Ø

## 3. NET INCOME (LOSS). (Subtract Total Costs & Expenses [#2] from Total Income [#1])    $ 11,164.36

---

I/We declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: __6-8__, __04__.

_____      _Marilyn Kay LeBlanc_
Debtor                             Debtor

11/03

Case 2:04-bk-04835-GBN    Doc 22    Filed 06/14/04    Entered 06/15/04 15:49:32    Desc
Main Document    Page 1 of 1
Scan7687_June 15, 2004.max