In RE: GORDON MAURICE LEBLANC, JR.　　　　　Case Number　04-04835-GBN

Plan Filed: 3/23/2004　　Plan Not Confirmed　　　SS #: xxx-xx-1213　　xxx-xx-8893
Case Dismissed: 9/27/2005

GORDON MAURICE LEBLANC, JR.
MARILYN KAY LEBLANC
5527 E. CAMELBACK ROAD
PHOENIX AZ 85018　　　　　　　　　　　　　　　$91,449.29

| Creditor Name | Class | Debt | Principal Paid | Interest Paid | Unpaid Amt |
|---|---|---|---|---|---|
| THE MISSION LICENSING GROUP | Sec | 85,273.08 | 85,273.08 | | $0.00 |
| ARIZONA DEPARTMENT OF REVENUE | Pri | 1,055.05 | 1,055.05 | | $0.00 |
| HAROLD E. CAMPBELL, ESQ. | Leg | 0.00 | | | $0.00 |
| GORDON MAURICE LEBLANC, JR. | Dbt | 0.00 | | | $0.00 |
| RUSSELL A. BROWN | Tru | 5,121.16 | 5,121.16 | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Debtor | Trustee |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $85,273.08 | $1,055.05 | $0.00 | $0.00 | $0.00 | $0.00 | $5,121.16 | | |
| Total Paid | $85,273.08 | $1,055.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $5,121.16 | Total Paid | $91,449.29 |

Dated: 12/10/2005

/s/ Russell A. Brown
Chapter 13 Trustee